RECORD OF GRAND JURY BALLOT

C/R 1:24-00412

UNITED STATES OF AMERICA v. THOMAS ALLEN BATEMAN, JR.,
CODY LEE ANDERSON

(SEALED UNTIL FURTHER ORDER OF THE COURT)