IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 1:24-412-JFA |
| | ) | |
| vs. | ) | |
| | ) | |
| CODY LEE ANDERSON, | ) | **MOTION TO PERMIT TRAVEL** |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

COMES NOW the defendant, Cody Lee Anderson, by and through undersigned counsel, who respectfully moves this Court to permit the defendant to travel to Arlington, Virginia from September 12, 2024 through September 14, 2024 for a service at Arlington National Cemetery, and New York from October 6, 2024 through October 12, 2024 for a continuing education conference. The defendant agrees to report to undersigned counsel and his probation agent immediately upon each return.

To date, the defendant has been compliant with all terms and conditions of his bond. Undersigned counsel has discussed this request with Assistant United States Attorney Winston Holliday, and he has no objection.

WHEREFORE, the defendant respectfully requests an Order from the Court granting the travel requests as described above.

Respectfully submitted,

s/ Gregory P. Harris
Gregory P. Harris (#1739)
Harris & Gasser, LLC
1529 Laurel Street
Columbia, South Carolina 29201
(803) 779-7080
greg@harrisgasserlaw.com

Attorney for Defendant Cody Anderson

Columbia, South Carolina
August 26, 2024