IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 1:24-00412-JFA |
| v. | |
| **CODY LEE ANDERSON** | |

## CONTINUANCE ORDER

This matter comes before the Court on a motion by Defendant to continue until the next term of court. On December 4, 2024, counsel for Defendant filed a motion for a continuance to allow more time to further confer, review evidence and continue ongoing dialogue with the Government about resolution of the case. The Government consented to the continuance.

Accordingly, the Court finds that a continuance in this matter is both necessary and justified and that the ends of justice served by taking this action outweigh the interests of Defendant and the public in a speedy trial. The Court further finds that the delay caused by this continuance is excludable from Speedy Trial calculations pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

For all the foregoing reasons, it is ordered that the case of *United States v. Cody Lee Anderson*. Criminal No. 1:24-cr-00412, be continued until the March 18, 2025 term of court and that all such period of delay be hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161.

1

IT IS SO ORDERED.

_____
JOSEPH F. ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
December 20, 2024

2