IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 1:24-412-JFA |
| | ) | |
| vs. | ) | |
| | ) | |
| CODY LEE ANDERSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## NOTICE OF REQUEST FOR PROTECTION
## FROM COURT APPEARANCES

Undersigned counsel hereby requests protection from court appearances in the above-captioned case from March 1, 2025 through March 13, 2025. Counsel will be unavailable due to a family trip.

Respectfully submitted,

s/ Gregory P. Harris
Gregory P. Harris (ID #1739 )
Harris & Gasser, LLC
1529 Laurel Street
Columbia, South Carolina 20201
(803) 779-7080

February 10, 2025