IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

**UNITED STATES OF AMERICA**

VS                                                                                     CR NO. <u>1:24-412</u>

**CODY LEE ANDERSON**

# PLEA

The defendant, **<u>CODY LEE ANDERSON</u>**, having withdrawn his plea of Not Guilty entered 7/31/2024, pleads **GUILTY** to Count **1** of the **Superseding Indictment** after arraignment in open court.

_____
(Signed) Defendant

Columbia, South Carolina
February 11, 2025