IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 1:24-412-JFA |
| | ) | |
| vs. | ) | |
| | ) | |
| CODY LEE ANDERSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

**NOTICE OF REQUEST FOR PROTECTION**
**FROM COURT APPEARANCES**

Undersigned counsel hereby requests protection from court appearances in the above-captioned case from August 4, 2025 through August 8, 2025. Counsel will be unavailable due to his daughter's wedding.

Respectfully submitted,

s/ Gregory P. Harris
Gregory P. Harris (ID #1739)
Harris & Gasser, LLC
1529 Laurel Street
Columbia, South Carolina 29201
(803) 779-7080

July 3, 2025