NOTICE TO COUNSEL
REGARDING SUPERVISED RELEASE CONDITIONS

It has been this court's experience that mandatory, standard and special conditions of supervised release—and the court's reasons for imposing them—are better understood by the defendant reading them himself, rather than listening to the judge read the conditions aloud in the courtroom.

Additionally, the Fourth Circuit Court of Appeals had held that the court may impose these conditions by incorporating by reference the written document (here, the Presentence Report), that fully sets out the conditions of supervised release.

The Presentence Report in this case sets out certain mandatory, standard, and special conditions of supervised release and the reasons for the conditions.

Therefore, defense counsel is respectfully requested to ensure that the defendant has reviewed all of the aforementioned conditions of supervised release, and the reasons for imposition of the conditions so that IF this court imposes a term of supervised release, the court may incorporate by reference rather than announcing those conditions aloud at the sentencing hearing. The court will also confirm on the record at the hearing that the defendant has reviewed and understands these conditions and reasons.

Judge Joseph F. Anderson, Jr. (5/25)