E. Franklin

2073 Bonneville Circle
Aiken, SC 29801 RECEIVED
          USDC CLERK, COLUMBIA, SC

        2025 AUG 11 AM 11: 46

8-11 mr

Retail

  

UNITED STATES
POSTAL SERVICE ®

RDC 99                                29201

U.S. POSTAGE PAID
FCM LETTER
AIKEN, SC 29801
JUL 29, 2025

**$0.78**

S2324M501150-33

THE HONORABLE JOSEPH ANDERSON
SENIOR US FEDERAL JUDGE
MATTHEW J. PERRY JR. COURTHOUSE
901 RICHLAND STREET
COLUMBIA, SC 29201