Eleanor and William Joos

203 Hackberry Lane

Aiken, South Carolina, 29803

908-310-4551

Ej.joos@gmail.com

August 10, 2025

The Honorable Joseph F. Anderson

901 Richland Street

Columbia, South Carolina, 29201

Dear Judge Anderson,

We are writing to you on behalf of our dear friend Cody Anderson to respectfully request leniency in the upcoming judgement. We have known Cody for 11 years, having met him through our shared commitment to the annual music program for the community and our area children shortly after we moved to Aiken upon retirement from our careers in the textile industry.

As we got to know Cody, we became aware of the many organizations that he generously contributed his time to serve in their goals and missions including the Joye in Aiken, USC Aiken Partnership Board (past president), the Aiken Symphony, City of Aiken Arts Commission, the United Way of Aiken County, the Midland Valley Veterans Park, the Free Medical Clinic of Aiken, and Rural Health Services.

Additionally, we attended several funeral services his business handled for friends and were greatly impressed by the kindness and genuine consoling gentle manner in which he supported the grieving family members.

We know that he deeply regrets what has transpired to lead to this time in his life and sincerely believe that he has so much to offer to the community as he has already shown in so many ways. Your decision will greatly impact not only Cody but also the Aiken community that knows him, loves him, and supports him.

Thank you for your time and consideration.

Sincerely,

Eleanor and William Joos