August 16, 2025

The Honorable Joseph Anderson
901 Richland Street
Columbia, S.C. 29201

Cody Anderson and I have known each other for about 10 years and have had professional dealings with each other.

When I first met Cody, he was, as I was, involved in bringing Juilliard trained professionals and students to Aiken to perform. We were volunteers. Cody later was put on the Board of what is now called Joye in Aiken. It's a remarkable addition to our city.

He served his community in so many positive ways. He was on many boards:
USC Aiken Partnership Board (past President), City of Aiken Arts Commission,
Aiken Symphony, United Way of Aiken, Free Medical Clinic of Aiken, Rural Health Services.

I then dealt with him at George's Funeral Home. He handled all matters when my husband passed away. He was kind, helpful and went the extra mile to be sure all was handled well.

More recently, within the last two years, Cody was Executor of the Kathy Petty Estate. I was/am President of The Friends of the Aiken County Library. The estate was divided between the Friends of the Aiken County Library (the one library) and The Aiken County Library Board (they are in charge of all our libraries). It was a complicated process which involved the sale of several properties. He handled this with the utmost integrity. To the extent that he discovered coins in the attic of one house (not in the best of shape). He had to hire a man with a wheelbarrow to remove all the coins, then get valued and counted. It added over $8000 to the Estate. Then there was a suit brought by a caregiver who was with Kathy in her final days and wanted compensation for her time. Cody assisted with others and the suit was not accepted by the court.

RECEIVED USDC CLERK, COLUMBIA, SC
2025 AUG 21 AM 11: 15

In the preparation of celebrating Kathy Petty this October, Cody was instrumental in getting photos of her we would not otherwise have had available to us without his help.

I do believe he deserves a lenient sentence because of all the good he has done for his community and I believe will continue to do if given the chance.
Thank you for taking the time to read read my letter and for taking the time to consider it when sentencing.

Very sincerely yours,


Marilyn Leugers Palladino
136 Highland Reserve Court
Aiken, S.C. 29803
Phone: 803-226-9033.
Email: leugersmm@gmail.com