# ATTACHMENT B

| STATE OF SOUTH CAROLINA | ) | |
|---|---|---|
| | ) | AFFIDAVIT OF JOHN W. HARTE |
| COUNTY OF AIKEN | ) | |
| _____ | ) | |

Personally appeared before me John W. Harte who being first duly sworn deposes and says:

1. I am an attorney duly licensed to practice law in the State of South Carolina. My South Carolina Bar number is 2773. My Federal Bar number is 1750.

2. When the estate of Mrs. Crandall was opened I was employed by Cody Anderson because a Will had been presented for Probate in which Cody Anderson was named as Personal Representative. His being named was not surprising because Cody had been friends with Ms. Crandall and her husband for many years going back to when Cody was a child.

3. Initially, the Will appeared to be valid, but as I moved through the investigative stage, legitimate questions arose about the Will and the competency of the Testator. As soon as those questions arose and the wishes of Ms. Crandall were in question, Cody acting on his own instructed me to discontinue the effort to validate the will. I immediately withdrew all claims as to that Wil and stopped working to validate the Will. I continue to provide legal assistance to Cody and the Funeral Home on other matters as they may arise.. .

_____
John W. Harte

Sworn to before me
this the 17th day of June, 2025.

_____
Notary Public for South Carolina.
My commission expires: 3/20/2035

[Notary Seal: CAITLIN WALKER, NOTARY PUBLIC, SOUTH CAROLINA]