# CHARACTER LETTERS

To: The Honorable Joseph F. Anderson

From: Philip and Karine DeFoggi, 111 Sugar Maple Circle, Aiken, South Carolina 29803

Date: 6 June 2025

Subject: Character Letter for Mr. Cody Anderson

Dear Judge Anderson, my wife and I are writing to you on behalf of our dear friend Mr. Cody Anderson. We have known Mr. Anderson since October 2021 and have become close friends over the past several years.

**Background:**

My wife, Karine DeFoggi is a certified Forensic Accountant from Brazil who worked for the State of Goias, Brazil for many years in support of government purchases, corporate reviews, and business operations. She has been a permanent USA resident since 2013. She is currently a home maker. I am a US Navy Veteran who served as a Nuclear Propulsion Reactor Operator onboard multiple US Submarines. I have worked in the nuclear industry both domestically and internationally for over 35 years. I am currently the Administrative and Professional Services Program Manager with a staff of 50 supporting the Department of Energy's senior management team at the Savannah River Site in Aiken, South Carolina.

My wife and I moved to Aiken in the summer of 2020. We met Mr. Anderson at his United Way Halloween charity event in October 2021. We immediately found him to be warm, friendly, and kind. We stayed in touch and started our friendship in 2022. Mr. Anderson invited us to many events and kindly introduced us to many of Aiken's residents. As we built trust and found common likes and dislikes, Mr. Anderson became an important part of our life. He introduced us to his partner, his family, and his close friends. We introduced him to our friends and my family in North Carolina. We celebrate birthdays, holidays, and many weekend evenings together. Food and family have become our shared focus.

**Mr. Anderson's Character:**

My wife is Brazilian, with Portuguese as her native language. Since my wife and I met nearly 15 years ago, she has since learned and mastered English, with a Brazilian accent. One of the first things my wife loved about Mr. Anderson is that he is always patient and understanding with her. He has always been kind and accepting of her English accent with Brazilian style. He has grown to love her culture, her ways, and her cooking. Mr. Anderson has become her best friend here in the United States. During Hurricane Helene, she was away visiting her mother and family in Brazil. When I lost power, internet, and cell service; she got very worried about me. Late at night, she was able to reach Mr. Anderson, who immediately drove through the debris, road hazards, etc. to check on me at my home. Mr. Anderson proved he is the one person that would be there for my wife if something happened to me or, if either of us were in need. My wife and I believe in Mr. Anderson's heart. He is a caring and sincere friend.

Character Letter For Cody Anderson                                    From Philip and Karine DeFoggi

Mr. Anderson has dedicated so much of his adult life to charities and the local community. My conversations with him generally include many discussions regarding the city of Aiken. He has donated so much of his time and financial support to local Aiken charities. His love of music and art has driven him to provide direct support to kids and young adults in their efforts to participate and grow in the world of music and art. He has impacted so many lives with his charitable support. In addition, Mr. Anderson has been a strong supporter to the preservation of historical Aiken. His passion and love for Aiken has been an inspiration for my wife and me.

As a businessperson, I have always been impressed with Mr. Anderson's work ethic and business focus. He is devoted to his funeral business. He routinely works 7-days a week. He is a hands-on business owner who actively supports the business operations. Mr. Anderson is a caring person who fully supports family members and friends impacted by the loss of a loved one. He is considerate to their needs, feelings, and emotions. I have always been impressed by his efforts to honor veterans during their funerals. His business is a keystone business in Aiken that respectfully supports the local community in their times of loss. Mr. Anderson also opens his home for local celebrations, weddings, and charity events. His dedication to providing first-class experiences to all guests is amazing to witness. And, just as his funeral home business, he rolls up his sleeves and actively supports the entire operation.

**The crime, its impact, our request:**

My wife and I were not aware of this criminal charge against Mr. Anderson until earlier this year when we read about it in the local newspaper. The things that have been written in the newspaper are shocking and difficult to understand. We do not condone crimes of any kind. We have given him our full support to take the necessary steps to put this right, face his judgement, and to move forward.

Mr. Anderson has not changed his behavior towards my wife and I since all of this has been brought to light and he has pleaded guilty. He still contacts us frequently, we are still very close, and we have many dinners together, while focusing on the future. Mr. Anderson is taking up new hobbies and working on his well-being. He has lost many "friends" from this public news. Many people who he has supported through the years have turned their back on him. But Mr. Anderson is not fazed by this. He continues to be kind, giving, supportive, loving, and positive-minded. He even seems to be stronger in his confidence for a bright future. We are inspired by his outlook to the future and truly believe he will continue to grow as a person and as a key member of society. He has accepted responsibility and is not blaming others.

I want to add one other item of admiration for Mr. Anderson. He is an openly gay business owner in a local area that has many people that do not accept this way of life. To make things more difficult, Mr. Anderson is politically conservative. The gay community is generally not in alignment with many of his views. The reason I bring this to your attention is: Mr. Anderson is uniquely strong and committed in his beliefs. He does not hide from those that criticize and judge his life. He is a man of high character. Mr. Anderson has overcome so much to get where he is. And while society is becoming more accepting of diversity, it was much different 10-20 years ago.

Character Letter For Cody Anderson                    From Philip and Karine DeFoggi

Through it all, Mr. Anderson stands tall and remains a positive person who believes in himself and the goodness in human beings. My wife and I are truly amazed at his courage and strength. And while this crime has hurt his reputation for some, he remains a role model for many that look at the whole person, his life, and his heart.

We believe Mr. Anderson will overcome all of this and truly succeed in his future. He has and will continue to learn from this difficult and life-changing experience. We strongly believe that Mr. Anderson deserves mercy. We strongly believe that he deserves a second chance to continue his beautiful life in our local community. We pray for him in this matter.

We have seen the heart of Mr. Anderson. It is one of love and kindness. We ask for your consideration on this sentencing.

Please feel free to reach out if you have any questions for us.

Best regards,

Philip DeFoggi                    Karine DeFoggi

6 June 2025

Character Letter For Cody Anderson                    From Philip and Karine DeFoggi

Larry Williams

302 Harlem Grovetown Rd

Grovetown GA 30813

(706)495-9035


May 31, 2025


The Honorable Joseph Anderson

Federal Judge

District of South Carolina

Columbia, SC

Dear Judge Anderson,

I hope this letter finds you well. My name is Larry Williams, and I'm writing to you on behalf of Cody Anderson, someone I've known both professionally and personally since 2010. I understand the seriousness of the charges brought against him, and I do not write to excuse his actions. Rather, I write to provide context and offer my perspective as someone who has witnessed Cody's character, work ethic, and potential firsthand.

Cody and I attended Piedmont Technical College where we both received an associates degree in funeral service. I furthered my education and received both my bachelors degree and MBA from USC. After spending part of my career in law enforcement and the medical field at The Medical College of Georgia, I went into the funeral profession and became the manager of a funeral home in Augusta, GA. After mortuary school Cody and I remained close friends. In the latter part of 2024, a business opportunity came along and Cody offered me job and the opportunity to become business partners with him. He saw the potential in me to have my own funeral home. He has opened doors for me that no one else could. In my time working alongside Cody, I came to know him as a respectful, dedicated, and capable individual. He is someone who showed up on time, gave his full effort, and treated others with decency and humility. Outside of work, I've known Cody as a loyal friend who genuinely cares about people and always stepped up when others needed help.

That's the Cody I know—not the version of him that is being defined solely by the mistakes that led to this point.

Cody has had his struggles, as many young people do. I've seen him face personal difficulties with a level of quiet determination, and though he's clearly made some bad decisions and trusted the wrong individuals, I also know he's not the kind of person who runs from accountability. Since this case began, Cody has expressed real regret and taken responsibility for his actions. He's not looking for a way out—he's looking for a way forward.

I truly believe that Cody is capable of moving past this ordeal. He has intelligence, the heart, and the will to be a productive and responsible member of society—someone who contributes rather than detracts. What he needs is an opportunity to learn, to rebuild, and to be with his family, his community, and not in the justice system.

Judge Anderson, I respectfully ask that you consider the facts of the case and a sentence that allows for rehabilitation and redemption at home. Cody needs structure, guidance, and support more than he needs to be locked away indefinitely. I believe he can and will make meaningful use of a second chance. Cody needs to be able to run his multiple businesses. His employees and his much beloved community need his leadership and presence. He's not beyond reach, and I believe that with the right path, he can come out of this stronger, wiser, and ready to give back.

Thank you for your time and for your commitment to fair and thoughtful judgment. I appreciate you taking this letter into consideration as part of Cody's case.

Respectfully,

Larry Williams

Friend and Colleague of Cody Anderson

Teri Young

1090 Pine Grove Rd

Beech Island, SC 29841

May 31, 2025


The Honorable Joseph Anderson
Federal Judge
District of South Carolina
Columbia, SC


 Dear Judge Anderson,

I am writing to you today as a mother, deeply concerned for my son, Cody Anderson, who is currently facing sentencing in your Court. As his mother, I feel it is my duty to express, with all the love and hope I have for him, that Cody is not the person he is being portrayed to be. I understand the gravity of the legal proceedings, and I respect the law and your role as a judge. However, I ask you to consider Cody's character, his circumstances, and the deep remorse he feels for his actions.

Cody has always been a kind-hearted, hardworking individual who has struggled with personal issues that led him to make mistakes like trusting the wrong individuals. As his mother, I've seen him grow, learn, and strive to be a better person. I know that he is not a criminal. He is a young man who has made some bad choices, but he is someone who is capable of growth, redemption, and change. I was a young mother age 17 when Cody was born. I was ill prepared to rear him as was his father. His father has always been absent from his life. Cody spent most of his childhood with my maternal grandparents, Roland and Ruby Lee Beck as well as Roland's sister and brother in law, Farrell and Edna Ivey who all lived in the same mill village of Bath, SC as Margaret Crandall. Cody was the President of his graduating class and editor of the senior yearbook at Midland Valley High School. Even from a very young age he always gave back and helped others. He would help elderly neighbors, he volunteered at the construction of the local veterans park as a teenager and later as an adult served on their board of directors. From the day he received his learners driving permit, he has worked. There is rarely a day that he has taken off. He put himself through college at USCA and later at Piedmont Technical College. After the death of his great-grandmother, my maternal grandmother, he was inspired to pursue a career in the funeral profession. This was something that was not on his radar but he was inspired by his

compassionate nature and desire to serve others. Cody was baptized at an early age at Gloverville First Baptist Church. As most young people do, he drifted away from religion and struggled with it and his identity. Later in his adult life he came back to Christ and as most people age, has become more confident in the person he is. Cody started his career in the funeral home sweeping floors, moving flowers, working visitation and funerals in between attending mortuary school. After graduation he passed state and national licensing boards to become a funeral director in both South Carolina and Georgia.

Since his arrest, Cody has shown true regret for his actions and has expressed a strong desire to make amends and move forward in a positive direction. He is determined to learn from his mistakes and better himself. I've seen him work hard in every aspect of his life, and I know he can overcome this chapter and rebuild himself into a contributing member of society. During the COVID pandemic he was awarded the United Way of Aiken County Philanthropist of the Year for his work in the community.

I am asking you, Judge Anderson, to please consider a sentence that allows for Cody to help and still maintain his positions in his businesses, whether that be in the form of rehabilitation, counseling, or a program that can help him remain in his home and work. A second chance is all that he needs, and I believe in his ability to make the most of it. He is not a lost cause and he has the potential to make a positive difference in his life and the lives of those around him.

I respectfully ask you to show mercy and compassion in your judgment. As his mother, I want nothing more than for Cody to have the opportunity to prove that he can be the man I know he is.

Thank you for taking the time to read this letter. I trust you will take into account Cody's character, his remorse, the fact that in this bad situation he did the right thing by ending it before it could move forward, and his sincere desire to make things right. I appreciate your consideration of this plea on behalf of my son.

Sincerely,

Teri Young

Mother of Cody Anderson

June 8, 2025

The Honorable Joseph F. Anderson

We are Dick and Sandra Brown, Woodside, Aiken residents and friends of Cody Anderson. We have known Cody for over 3 years, having met at charity fund raising vents and through other friends. Although we are retired now, we are former business owners in Minnesota and currently members of The Reserve Club, The Green Boundary Club and involved in numerous community organizations such as the WPPOA, Joye in Aiken, Aiken Symphany, and Aiken County Historical Society.

It is through several of these organizations that we were introduced to Cody and observed his involvement, support, and compassion to so many charity organizations in Aiken. He has been generous with his time, his management experience and in opening his home for many fund-raising events. Over time, Cody has become a personal friend and always, kind, ethical, empathetic and a genuinely nice person.

Although we only know what we have read in the papers, we firmly believe that Cody deserves leniency based on all his good works in the Aiken Community and his commitment to give back to and support Aiken. We appreciate your time to consider our letter and desire to give full attention to our friend Cody.

Sincerely,

Dick and Sandra Brown
199 Lady Banks Road
Aiken. SC 29803
Sabrown52@outlook.com
612-325-2441

June 11, 2025

The Honorable Joseph F. Anderson, Jr.
Senior U.S. District Judge
U.S. District Court
901 Richland Street
Columbia, SC 29201

Dear Judge Joseph F. Anderson, Jr:

My name is Linda M. Keener; I am a member of the Woodside Plantation Country Club (WPCC) and am a former Board of Governors for WPCC. I am a former Ethics Program Manager for the Federal Deposit Insurance Corporation prior to retiring on December 31, 2002. I had 30 years of service as a Federal Government employee in Washington, D.C., prior to moving to Aiken, SC.

I am writing this letter as a character reference for Mr. Cody Lee Anderson, owner and operator of George Funeral Home, who pled guilty to one count of conspiracy to commit bank fraud, according to court records. I recognize the seriousness of the crime and do not excuse it but I do fully support leniency for Cody for several reasons.

My husband, James S. Keener, Jr., now deceased and I met Cody at WPCC prior to our official move to Aiken. We owned a home at WPCC for 10 years prior to moving here. Cody was a golf bag boy when we first moved here in January 2003 but we got to know him through his friendliness and Southern politeness to us, as well as our

observation of him with other members, whenever we visited Woodside during our year prior to moving here. Cody transitioned to serving as a life guard where he received his cerification his freshman year of college. We noticed that he had a wonderful work ethic and was very respectful with a variety of members who sometimes demanded much attention and could be difficult. As a result, management of Woodside also recognized these qualities and recruited him to the dining room as a server. Cody was given increasing more responsibility and was promoted as formal dining room captain. Cody worked at WPCC from 2002-2006 so we got to know him very well and had deep respect for him and his work ethic which led to his success in life and business.

When Cody left WPCC and we learned that he was interested in pursuing work in the funeral business industry, we felt that it was a perfect fit for him and those he would be helping as he had always had a sympathetic and kind nature toward people. Many of the friends he had made at WPCC encouraged him when we learned that he was planning to purchase George Funeral Home. It was because of Cody's association with George Funeral Home that I entrusted him with taking care of my husband when he passed away in June 2016. Cody was most comforting to me and made the entire funeral arrangement process much easier for me and facilitated my grieving process which I am most grateful. Many of my friends have also chosen George Funeral Home because of their experiences with Cody.

Cody has been a very productive member of the community and I have no doubt that he will work even harder to regain his high reputation and ethical standards. He serves on the following Boards: Joye in Aiken; USC Aiken Partnership Board (past president); Aiken Symphony; City of Aiken Arts Commission; United Way of Aiken County; Midland Valley Veterans Park, Free Medical Clinic of Aiken and Rural Health Services.

I respectfully ask that Your Honor consider these points in sentencing. Thank you for your time and attention to this letter.

Sincerely,

Linda M. Keener

19 Juniper Loop
Aiken, SC 29803
Cell: 803-439-4742
Email: LMK980@gmail.com



HARRIS-NADEAU
MORTUARY
5880 Chesnee Highway
Chesnee SC 29323
Phone: 864-461-7788
Fax: 864-461-7786

June 3, 2025

The Honorable Joseph F. Anderson
901 Richland Street
Columbia, South Carolina 29201

Good morning, your honor,

My name is Tommy Wayne Harris and I write you today in regards to Cody L. Anderson, who is to be sentenced in the near future.

I have known Cody as both a licensed funeral director, owner of George Funeral Home in Aiken as well as to this day consider him one of my best friends. I have always known him to be a man on the level in business having served the Aiken community a number of years. He has always been very active in many organizations in the community and done much outreach. One particular commitment that stands out clear to me is that he was the president for two terms for the South Carolina Funeral Directors Association Central Coastal Group.

On a personal level, we have remained friends throughout our personal lives as we continue to be. We enjoy one another's company and have always shared good times. He has always been honest with me and I trust him as my friend.

Whatever the outcome, I pray that he be granted leniency as he has been so good to so many over the years and his business, George Funeral Home, shows. I have sat with him and shared that I will continue to be the best friend I can and support him accordingly. It is my hope you take this into consideration when basing your decision. He truly is a good man.

I thank you personally for taking the time to read my letter and hope for the best.

Best regards,

Tommy Wayne Harris, Vice-President

The Honorable Joseph F. Anderson, Jr.                                    June 5, 2025

Senior U.S. District Judge, U.S. District Court

901 Richland Street, Columbia, SC 29201


Your Honor,

My name is Lynda Mann, Colonel, U.S. Army, retired. I spent 26 years in the military, serving in stateside assignments, as well as at NATO, and in Germany, Turkey and Panama. Upon retirement I became the Evaluation Program Manager for the National Guard Youth ChalleNGe program, which I helped create while on active duty. At that time, I also co-founded a 501c3 for at-risk youth. We created a curriculum and provided equipment and support using CAD design and 3D printing to teach life skills and create educational and employment paths for at-risk youth, including those on the autism spectrum. Since moving to Aiken, I have been involved in fundraising and support activities for many community organizations, both large and small.

I was aware of Cody Anderson as a community activist for nearly 10 years, serving in key leadership roles in organizations not only focused on cultural community growth such as The Aiken Arts Commission, the Aiken Symphony, and Joye! in Aiken, he also focused on key community health initiatives including the Free Medical Clinic of Aiken and Rural Health Services.  And close to my veteran's heart is his work with Midland Valley Veteran's Park.

Over the last five years I have come to know him personally and have closely observed his compassion and dedicated attention to detail in his chosen career field, as well as his focused, caring efforts to improve our community.

When a dear friend's husband passed unexpectedly, I immediately reached out to Cody for help. He arrived early on a Saturday morning, respectfully dressed, bringing his natural aura of compassionate comfort and calming, caring guidance. He reassured my friend arrangements would be made to her exact specifications, and without exception, they were. Cody's work ethic is unsurpassed, from both technical and empathetic perspectives.

Last year United Way missed its annual goal by quite a large sum. To help cover the shortage, Cody offered his home to hold a fund-raising event for key donors. To reduce costs, he wanted to learn to make appetizers himself. He came to our home and we spent time selecting and trying out recipes. On the day of the event several of us came to help him make appetizers and prepare for the event. The success of this event is further tribute to Cody's dedicated generosity to the Aiken community, especially in a time of great need.

I was recently on a social media site and noticed a post from Cody to Aiken residents offering his home for prom photos because of inclement weather. This may seem like a small thing to mention, but his willingness to open his home to an unknown number of teens on their special night in the pouring rain is yet another tribute to his kindness and his awareness of the community.

I understand the seriousness of the crime to which Cody pled guilty, and I acknowledge the gravity of his situation. I know Cody regrets becoming involved in the deeds leading to this outcome, and he has engaged in thoughtful reflection on his actions and decisions to avoid these types if situations in the future. I truly believe he has learned important lessons from these experiences, and I expressly ask that you consider leniency in his sentencing. During these proceedings, Cody continued his contributions to the community, both large and small, and provided unwavering service through his business. Based upon his growth through reflection, his current behavior and demeanor, I ask that you consider community service or probation rather than incarceration. I cannot speak on behalf of all of his colleagues and friends, but I know my family and I will continue to stand with him and support him as he moves forward with his life.

In closing, I want to reaffirm my support for leniency in Cody's sentencing and to thank you for taking time to consider this letter.

Respectfully,

Col Lynda Mann (USA), retired

209 Sterling Grove Circle,

Aiken, SC 29803

lyndamann@me.com

703-328-7603

June 5th, 2025

The Honorable Joseph F. Anderson
US District Court
901 Richland Street
Columbia, SC  29201

Dear Judge Anderson,

I have come full circle, having begun my schooling in Charleston, when my father was stationed there in the early 1960s, and returning to South Carolina after decades in the Washington metro area and also most recently the Dallas metro area.

Aiken became the area of choice for the path to retirement for so many reasons, but the one that stands out the most is the people and their love of our community. I was recruited to become a member of the Rotary Club of Aiken in 2017, shortly after moving here. It was there that I met Cody Anderson who was not only an ambassador for our community, but for people of every stature and walk of life.

My career spanned 40 plus years in technology sales and marketing leadership roles for Fortune 100 companies successfully serving both public and private sector customers.  Over the years, I spent a great deal of time finding and mentoring team members that were not only competent, but also genuine, caring and customer - oriented. While none of us are perfect or without flaws, based on life experiences, it is always a pleasure to know someone like Cody who truly embodies compassion.

From the time I brought my mother down from the DC metro area in 2018, to live on our farm, to the day she passed on January 13th at 94, Cody was always kind and inclusive. My mother was also a Rotarian and always enjoyed interacting with Cody. As a matter of fact, even after Cody was accused, I chose to have him, and his manager, come pick her up for funeral arrangements after she passed away on January 13th. His demeanor and empathy were always kind and incredibly supportive, including arranging her funeral mass service in Aiken to her final burial with my father in Arlington National Cemetery just two weeks ago.

Since I have known Cody, he has joyfully supported our overall community, his family including his grandmother, and countless others. Thank you, your Honor, for your consideration of the person he truly is and the asset he will continue to be, and also for considering my view of his true character.


Respectfully,

*Andrea Thomas*

Andrea Thomas
3302 Rocking Horse Lane
Aiken, SC  29801

972.896.6843

June 4, 2025
The Honorable Joseph F. Anderson, Jr
Senior US district Judge US District Court
901 Richland Street
Columbia, SC 29201

**RE: Cody Lee Anderson**

Dear Judge Anderson,

I am writing on behalf of my friend of fifteen years, Cody Lee Anderson. I have been in the funeral profession for sixty years, including fifty-five years with the J.F. Floyd Mortuary in Spartanburg, South Carolina. Throughout my career, I have served on the South Carolina State Board of Funeral Service, held the position of President of the South Carolina Funeral Directors Association, and represented our state for six years on the Policy Board of the National Funeral Directors Association. I have also had the privilege of serving on several civic and community boards in Spartanburg.

I have known Mr. Anderson both personally and professionally for many years. He is highly regarded for his genuine compassion in funeral service, as well as for his significant contributions to the community—both locally and across the state. His reputation as a caring and dedicated professional is well recognized.

Mr. Anderson has actively served on numerous boards and organizations in the Aiken community. These include Joye in Aiken, the USC Aiken Partnership Board (where he served as President), the Aiken Symphony, the City of Aiken Arts Commission, the United Way of Aiken County, the Midland Valley Veterans Park, the Free Medical Clinic of Aiken, Rural Health Service, and many other respected civic initiatives. Mr. Anderson has consistently demonstrated empathy and care to the families he has served and to the broader Aiken community, where he is held in high esteem. While I understand the seriousness of the charges brought against him, I also recognize his remorse and his desire to move forward with his life. He wishes to continue serving the Aiken community in the profession to which he has devoted his life—as a compassionate, devoted funeral director to his friends and neighbors.

I respectfully ask Your Honor to consider the many positive contributions Mr. Anderson has made to the Aiken community as you make your decision. Thank you for your time and thoughtful consideration.

Sincerely,
Glenn C. Miller
120 Sunline Place
Spartanburg, SC 29307
(864) 809-1100
gcmil47@gmail.com



HARRIS-NADEAU
MORTUARY
5880 Chesnee Highway
Chesnee SC 29323
Phone: 864-461-7788
Fax: 864-461-7786

June 2, 2025

The Honorable Joseph F. Anderson
901 Richland Street
Columbia, South Carolina 29201

Good afternoon, your honor,

My name is Steve James Nadeau. I am the Chief Executive Officer/Licensed Funeral Director at Harris-Nadeau Mortuary in Chesnee, South Carolina. I am writing to you in regards to Cody Anderson.

I have known Cody the past 12 years in both a professional and personal capacity. In his professional life, he is owner/operator of George Funeral Home in Aiken, SC. He has a strong sense for the needs of those he is privileged to serve and takes pride in service to others. In his personal life he is very kind, understanding and an individual who is always there when needed. Throughout this entire time in question, Cody has not waivered. He has continued to be the man he is and has a wonderful repour with the citizens of Aiken. He has deepened in so many ways and I have personally seen changes. He cares, is a good listener and goes to the extreme for others in their time of need. He treats friends like myself with respect, dignity and always concerned for what's best.

In all honesty, I know that there is no excuse for the severity of the crime committed, however, I would ask that you take into consideration this letter on Cody's behalf and ask that you be lenient but stern at the same time. When he and I have spoken, I have advised him that when something out of the ordinary has occurred, it needs to be addressed and handled in an appropriate manner.

It is my hope that you will take the above into consideration and the end result will be for the betterment of both. Once again, I thank you for your consideration and anything I can do to help Cody in this journey, I offer my full support.

Sincerely yours,

Steven James Nadeau, CEO/SCFDR-3828



May 27, 2025


The Honorable Joseph F. Anderson, Jr.
Senior U.S. District Judge, U.S. District Court
901 Richland Street
Columbia, SC 29201

Your Honor,

Please allow me to introduce myself. I am Dr. Sandra Field, a retired Music Professor at USC Aiken. During my tenure, I was the Director of Vocal Activities and established a Music Education degree for this regional campus. Upon retiring in 2008, I co-founded the Joye in Aiken Performing Arts Festival and Outreach Program in partnership with Pulitzer Prize winning authors, Gregory White Smith and Steven Naifeh. I served as President from 2009 until this past May and am now Chairman of the Board. Our mission is to make the best in the performing arts accessible to as many people as possible, especially our school children. In the last 17 years, we have brought over 700 musicians, actors and dancers at the top of their disciplines (primarily from The Juilliard School) to Aiken to participate in a week-long Performing Arts Festival held each March, where a variety of events are offered to the public at low or no cost. Even more importantly, through our Outreach Program, our artists have taught, mentored and inspired over 50,000 school children.

I have known Cody Anderson since moving to Aiken, SC in 1999 to take on the faculty position at USCA. Cody worked part-time at the Golf Club my husband and I joined. As we got to know him, we considered him one of our "adopted sons and daughters" along with several of my other students. We have proudly watched Cody progress from a bag boy at Woodside Country

Club to become the owner of George Funeral Home. He has been consistently a high achiever, not only as a student at USCA, but also as an associate at Shellhouse Funeral Home and subsequently, the owner of his own funeral home. His success has been due to his fierce determination, high level work ethic, sincere compassion for others and proven leadership within our community. Coming from humble beginnings as a young child from the Valley (a disadvantaged area in Aiken County, SC) his achievements and philanthropy speak to how exceptional this young man is.

In 2016, Cody joined our Joye in Aiken Board and served as Vice-President for six years. As such, he worked hand-in-hand with me on many important initiatives for outreach and fundraising. Throughout his tenure, Cody graciously offered his home and work facility for donor events, housed our Juilliard artists, often underwrote production costs, sponsored performances such as the "Joye of Jazz," and strongly advocated for the arts and education. His dedicated leadership as Vice President directly contributed to the success and growth of our organization, and helped us reach thousands of school children across six counties in SC and GA.

I have also collaborated with Cody as a professional singer for several of the Memorial Services held at George during which I personally witnessed his exceptional ability to provide empathy, comfort and solace to his clients. For example, he instituted a Remembrance Service during the Christmas holidays for all of his clients who had lost loved ones during that year. It's a touching ceremony that includes a video montage of special moments, an uplifting message from a local clergy member, and a solemn candle lighting ceremony to honor those passed. Cody also began a grief support group and other outreach events like George's Valentine's Day luncheon held each year for those who have lost a spouse. Many clients have expressed to me their gratitude for these opportunities and praise for Cody's support throughout their grieving process.

The gravity of the offense to which Cody has been charged has impacted his life and outlook to an enormous degree. Throughout this ordeal, he has shown concern for others by separating himself from his community organizations with whom he was involved to protect them from any negative association. He has also made every effort to provide transparency of

George's business practices and continue to provide those services that are vitally important to our community. As a leader of a 501 (c)3 organization and close friend, I fully support Cody and believe firmly that he deserves a lenient sentence of probation. I am grateful for your time and consideration and respectfully request that you consider his character and previous accomplishments in sentencing.

Sincerely,

Sandra Field, Ed.D

115 Trippi Lane
Aiken, SC 29803
Cell: 803-270-8910
sandraf@usca.edu

Annette Henderson
4727 Whiskey Rd.
Aiken, SC 29803

July 15, 2025

The Honorable Jospeh F. Anderson

US Federal Court House

Columbia, SC

Dear Judge Anderson,

My name is Annette Henderson. I am a long-time friend and associate of Cody Anderson and have known him for approximately 18 years. I am a retired housekeeper and have worked for Cody for the past five years as his housekeeper and estate manager.

Cody Anderson is one of the kindest, generous, people that I know. Cody takes care of his family, friends, and employees with great attention. He does volunteer work for his community and has been in leadership roles on many important boards of directors to include USCA, Aiken Symphony, United Way to name a few.

I understand the seriousness of the crime Mr. Anderson is accused of and I also understand the valuable lesson he learned from this experience.

I support Mr. Anderson completely and believe that he is no harm to society of his community. On the contrary, his community and employees need him.

Thank you Your Honor for considering my letter of support for Mr. Anderson.

Annette Henderson



Kenneth R. Howe
320 S Adams Ave
Lebanon, MO 65536

June 2, 2025

The Honorable Joseph F. Anderson
United States District Court
901 Richland Street
Columbia, South Carolina 29201

Re: Letter of Support for Mr. Cody Anderson

Dear Judge Anderson,

I am writing to respectfully offer my support for Mr. Cody Anderson as he prepares to appear before your court for sentencing. I fully recognize the seriousness of the situation and do not seek to minimize the gravity of the offense. However, I ask that you consider the totality of Cody's character, his longstanding record of service to his community, and his sincere willingness to learn from his mistakes as you deliberate on a just and balanced outcome.

As an experienced funeral home owner and someone who has held various leadership roles within the funeral profession, I have had the opportunity to work alongside many professionals over the years. I have known Cody Anderson for nearly ten years and have always regarded him as a highly esteemed and respected colleague. His conduct within the profession has consistently been above board, and his commitment to serving families with compassion and dignity has made a lasting impression on all who have worked with him.



# HOLMAN
# HOWE
## FUNERAL HOMES

Cody has also been a devoted community activist. Beyond his professional responsibilities, he has demonstrated a sincere dedication to making a positive difference in the lives of others—whether by mentoring, volunteering, or stepping in during times of local need. His leadership, humility, and care for those around him are qualities that are difficult to teach and valuable to any community.

While this matter is unquestionably serious, I believe it does not define the man I have come to know. Cody has shown the ability and the willingness to accept responsibility and to grow from this experience. I respectfully ask the Court to consider granting leniency in sentencing, allowing him the opportunity to continue his life's work and contribute meaningfully to society.

Thank you for considering this letter and the broader context of Cody Anderson's character and contributions.

Respectfully,

Kenneth R. Howe
320 S Adams Ave
Lebanon, MO 65536

The Honorable Joseph F. Anderson

US Federal Courthouse                                    7/24/2025


My name is Lloyd Henderson. I am a casual friend of Mr. Cody Anderson and have known him for approximately five years. I am a retired agent of the Federal Bureau of Investigation and have thirty-five years of law enforcement experience on both the local and federal levels.

I have known Mr. Anderson mostly through my ex-wife Annette Henderson who works for Mr. Anderson and have related Mr. Anderson being highly involved in the Aiken community. He is generous to local causes and events.

I met Mr. Anderson when he traveled to Texas on his own expense to preform my son's wedding. I have never had a reason to not trust Mr. Anderson or find him dishonest. I am aware of the seriousness of the crime Mr. Anderson is accused of, however, I also believe Mr. Anderson to be regretful and not a threat to commit any further offenses.

Mr. Anderson is operating several joint business ventures and in my opinion will continue to operate lawfully and continue to support the community.

Thank you your Honor for considering my letter of support for Mr. Cody Anderson. I thank you your Honor for your consideration of my recommendation for sentencing and your time and attention to this letter.


Lloyd Henderson

Retired Special Agent, FBI

3902 Devrne Dr.

College Station, TX

77845